Case 4:08-cv-01283-JEJ  Document 127  Filed 03/26/13  Page 1 of 4

FILED
SCRANTON

MAR 26 2013

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON
PLAINTIFF

V.

JAMES L. GRACE, Defendants

CIVIL ACTION NO. 4:08-CV-1283

ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION, AND OR A PERMANENT INJUNCTION; IN COMPLIANCE TO THE COURT ORDER DATED 3-8-13, Doc #123 AT P.5.

■   UPON THE COMPLAINT, THE SUPPORTING DECLARATION OF PLAINTIFF, AND MEMORANDUM OF LAW ATTACHED HEREWITH, IT IS:

ORDER THAT DEFENDANTS, PRISON HEALTH SERVICES (PHS), JOHN WETZEL, LOUIS FOLINO, AND ALL SCI-GREENE-DOC STAFF-N-MEDICAL PROFESSIONALS UNDER THEIR COMMAND SHOW CAUSE IN ROOM ____ OF THE UNITED STATES COURTHOUSE, 235 N. WASHINGTON AVE., SCRANTON, PA., ON THE ____ DAY OF _____, 20__, AT ____ O'CLOCK, WHY A PRELIMINARY INJUNCTION, AND OR A PERMANENT INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE 65(a) ENJOINING THE DEFENDANTS, THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES AND ALL OTHER PERSONS ACTING IN CONCERT AND PARTICIPATION WITH THEM FROM:

PHYSICALLY-N-SEXUALLY ASSAULTING; SEXUALLY HARASSING PLAINTIFF; STOP DENYING PLAINTIFF BASIC HUMAN NEEDS; PRESSURING PLAINTIFF FOR SEX, DENYING PLAINTIFF THE REMAINDER OF HIS LEGAL MATERIAL-N-RELIGIOUS LITERATURE, TOUCHING PLAINTIFF INAPPROPRIATELY, FORCING PLAINTIFF TO BE SEEN BY THE EXACT MEDICAL PROFESSIONALS WHO CONTINUOUSLY SEXUALLY-HARASS, SEXUALLY-N-PHYSICALLY ASSAULT PLAINTIFF CONTINUOUSLY THREATEN PLAINTIFF LIFE; STOP REQUIRING PLAINTIFF THE EXACT SAME DOC STAFF THAT CONTINUOUSLY SEXUALLY-N-PHYSICAL ASSAULT, SEXUALLY HARASS PLAINTIFF, TO BE TOUCHED-MASSAGED BY THE SAME DOC STAFF; STOP DENYING FOOD, STOP EXPOSING PLAINTIFF TO PHYSICAL-N-SEXUAL ASSAULTS-N-SEXUAL HARASSMENT BY REMOVING PLAINTIFF FROM HIS CELL UNDER THE GUISES OF MEDICAL EXAMINATION; STOP DENYING PLAINTIFF THE DUE PROCESS OF RHU POLICY WHICH DICTATES ALL INMATES WHO SUBMIT A SICK CALL REQUEST SHALL BE SEEN BY A MEDICAL PROFESSIONAL THE NEXT DAY AT HIS DOOR, WITHOUT BEING REMOVED FROM HIS CELL IMMEDIATE; STOP DENYING PLAINTIFF OUTDOOR EXERCISE; RETALIATION, FABRICATED MISCONDUCTS, CONTINUOUSLY THREATENS PLAINTIFF LIFE, DENYING EMERGENCY MEDICAL TREATMENT, DENIAL OF ACCESS TO OUTGOING-N-INCOMING MAIL, FORCING PLAINTIFF TO HOUSE IN LOCATIONS DOC STAFF KNEW IN ADVANCE WOULD DEFINITELY CAUSE PLAINTIFF TO EXPERIENCE SHARP CHEST PAIN, DIFFICULTY BREATHING, THUNDEROUS HEARTBEATS, COLLAPSE 25-40 TIMES DAILY; STOP THE SPITTING; GRINDING KNUCKLES INTO PLAINTIFF SKULL THE JERKING, PULLING, DESTRUCTION OF LEGAL DOCUMENTS, DENIAL WINTER CLOTHING ITEMS; SAFETY FROM ALL DOC STAFF-N-MEDICAL PROFESSIONALS WHO HAVE-N-CONTINUE TO THREATEN PLAINTIFF LIFE, SEXUALLY-N-PHYSICAL PLAINTIFF, SEXUALLY HARASS PLAINTIFF, AND SAFETY FROM ALL AREAS DOC STAFF-N-MEDICAL PROFESSIONALS ARE DECLARING PLAINTIFF WILL NEVER BE SAFE FOR PLAINTIFF; STOP RAMMING PLAINTIFF FACE FIRST INTO WALLS, DOORS, etc.

PLAINTIFF IS NEAR 70-YEARS OF AGE, TOO WEAK-N-SICKLY TO DEFEND HIMSELF AGAINST THE ABUSES OF DOC STAFF-N-MEDICAL PROFESSIONAL ARMED WITH 3-FOOT BATON, PEPPER SPRAY, ELECTRIC SHIELDS, STUN GUNS, TASERS, ALL COVERED FROM HEAD TO TOE IN RIOT GEAR, 20-30 YEARS YOUNGER THAN I, ALL WEIGHING MORE THAN 250 LBS THESE ARE MORE THAN IDLE THREATS, PLAINTIFF HAS BEEN BEATEN SEVERELY BY SCI-GREENE DOC-N-MEDICAL PROFESSIONAL CONTINUING TO DATE! PLAINTIFF IS PERMANENTLY MAIM DUE SCI-GREENE STAFF AND MEDICAL PROFESSIONALS' ASSAULT, DENIED FOOD FOR LONG PERIOD OF TIME, DENIED BASIC HUMAN NEEDS FOR LONG PERIODS OF TIME, STILL CONTINUING TO DATE! THESE ARE ALL ON-GOING VIOLATIONS OF PLAINTIFF 1st, 4th, 5th, 6th, 14th-N-8th AMENDMENTS; 42 USC. 1997; 2000cc; 1318); 15601, 15601; DC-001; 008; 610; 819; 201; 815-01; PLAINTIFF HAS NO WAY OF PREVENTING DEFENDANTS FROM HARMING HIM, SOME CITED AS DEFENDANTS IN THE INSTANT LEGAL ACTION, AND ALL ARE FRIENDS, NEIGHBORS, BIOLOGICAL RELATIVES-N-INLAWS TO THOSE WHO ARE CITED AS DEFENDANT; WITHOUT A PRELIMINARY INJUNCTION, OR A PERMANENT INJUNCTION PLAINTIFF WILL INEVITABLY INCUR IMMINENT INJURY-MAIMED AGAIN PERMANENTLY

IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS

OTSC: 4:08-CV-1283                                         ①

APPLICATION, BE SERVED ON THE AFORESAID BY

DATE, _____

_____

DATE: _____

UNITED STATES DISTRICT JUDGE

Case 2:11-cv-01046-LPL  Document 2  Filed 08/17/11  Page 1 of 3

8-22-11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELF WASHINGTON, )
)   Civil Action No. 11 - 1046
)
v. )
)   Chief Magistrate Judge Lisa Pupo
)   Lenihan
)

LOUIS FOLINO, Warden, S.C.I. Greene; BYUNGHAK JIN, Doctor, S.C.I. Greene; PRISON HEALTH SERVICES, INC., ("PHS") PA. Doc. Health Care Providers; JEFFREY A. BEARD, DOC Commissioner; LORI WHITE, Deputy Commissioner; JEFFREY MARTIN, Deputy Warden, S.C.I.-Greene; MARK CAPPOZZA, Deputy Warden, S.C.I. Greene; DANNY DAVIS, Warden Assistant, S.C.I. Greene; TRACY SHAWLEY, Warden's Assistant, S.C.I. Greene; DIANE THOMAS, Administrative 2, S.C.I. Greene; LORINDA WINGFIELD, Major, S.C.I. Greene; LEFFETT, RHU Commander, S.C.I. Greene; P. WALKER RHU Commander, S.C.I. Greene; C.A. HAYWOOD, Captain of Security, S.C.I. Greene; ARMSTONG, Lieutenant of Security, S.C.I. Greene; V. SANTOYO, Lieutenant of Security, S.C.I. Greene; D.A. KNISLEY, Lieutenant of Security, S.C.I. Greene; A. MORRIS, Lieutenant of Security, S.C.I. Greene; S.P. DURCO, Lieutenant of Security, S.C.I. Greene; GRECO, Lieutenant of Security, S.C.I. Greene; J.M. SMITH; Sergeant, S.C.I. Greene, DORSEY, Sergeant, S.C.I. Greene; S. BERVIN, Sergeant, S.C.I. Greene; STEWART, Sergeant, S.C.I. Greene; R.L. RENNER, Sergeant, S.C.I. Greene; FARRIER, Sergeant, S.C.I. Greene; BOWLEN, Corrections Officer, S.C.I. Greene; MS. R. HAYES, Corrections Officer, S.C.I. Greene; RUSH, Corrections Officer, S.C.I. Greene; J.C. MARDERNESS, Corrections Officer, S.C.I. Greene; MAYER, Corrections Officer, S.C.I. Greene; MCDOWSVILLE, Corrections Officer, S.C.I. Greene; SHAFFER, Corrections Officer, S.C.I. Greene; STEVENS, Corrections Officer, S.C.I. Greene; MS. T.M. LORA, Corrections Officer, S.C.I. Greene; S.W. NEWCOMER, Corrections Officer, S.C.I. Greene; J. ARDABELL, Corrections Officer, S.C.I. Greene; STUMP, Corrections Officer, S.C.I. Greene; NELSON, Corrections Officer, S.C.I. Greene; T.S. OSWALD, Corrections Officer, S.C.I. Greene; T.A. CONKLIN, Corrections Officer, S.C.I. Greene; K.E. VOUGHT, Corrections Officer, S.C.I. Greene; T.R. GRUMP, Corrections Officer, S.C.I. Greene; KULK, Corrections Officer, S.C.I. Greene; , Corrections Officer, S.C.I. Greene; J.D. SUHAN, Corrections Officer, S.C.I. Greene; E.M. BOGDEN, Corrections Officer, S.C.I. Greene; S.A. ARDABELL, Corrections Officer, S.C.I. Greene; MICHELLE ANTANOVICH, Nurse Practitioner, S.C.I. Greene; MICHELE L. HOWARD-DIGGS, PAC; IRMA VIHLIDAL, Health Care Administrator, S.C.I. Greene; NEDRA GREGO, Nurses Supervisor, S.C.I. Greene; JOHNNY MCANANY, Nurses Supervisor, S.C.I. Greene; R. DIETZ, Psychiatric Coordinator, S.C.I. Greene;; ASSAD KAHN, Psychiatrist, S.C.I. Greene; D. SWARTZ, Counselor, S.C.I. Greene; D. GEEHRING, Mail Inspector Supervisor, S.C.I. Greene; HENDRICKS, Property Officer, S.C.I. Greene and J. SMITH, Corrections Officer, S.C.I. Greene.

$00.86
MAR 20 2013
MAILED FROM ZIP CODE 15370

INMATE MAIL
PA DEPT
OF CORRECTIONS

HENRY WASHINGTON
AM-3086
175 PROGRESS DRIVE
WAYNESBURG, PA. 15370-8082

CLERK OF COURT
FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA. 18501-1148