IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON
PLAINTIFF

v.

JAMES L. GRACE Defendants et al

CIVIL ACTION NO. 4:08-CV-1283
PLAINTIFF OBJECTIONS
MOTION FOR REVIEW OF RECOMMENDATIONS AND REPORTS OF MAGISTRATE JUDGES ADDRESSING CASE DISPOSITIVE MOTIONS.
PER COURT ORDER 4-9-2013

I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTIONED

1. PLAINTIFF MOVES THIS COURT WITH PLAINTIFF OBJECTIONS, MOTION FOR REVIEW OF REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGES ADDRESSING CASE DISPOSITIVE MOTIONS, COURT ORDER 4-9-13, Doc#138 PLAINTIFF OBJECTIONS ARE AS FOLLOWS:

2. CONCERNING THE SAID SPECIFIC CLAIMS: 88, 103, 104, 108, 112, 118, 122, 131, 145, 221, 239, 339, AND 356-357, AT Doc#138 PP 4-5

3. DEFENDANTS HAVE NOW COMMENCED DISCOVERY BUT HAVE ENCOUNTER AN IRRECONCILABLE OBSTACLE, THE REFUSAL OF PLAINTIFF TO PARTICIPATE IN DISCOVERY, SEE ORDER 4-9-13, AT 5-7

4. SEE Doc#138, ORDER 4-9-13, P.7 AT NOTE#1

5. SEE Doc#138, ORDER 4-9-13, P.8 AT NOTE#2

6. SEE Doc#138, ORDER 4-9-13, PP.12-15, CONCERNING, ON FEBRUARY 26, 2013, WE ENTERED AN ORDER GRANTING THE DEFENDANTS' MOTION TO COMPEL, AND DENYING THE PLAINTIFF'S REQUEST TO QUALIFY HIS COMPLIANCE WITH OUR ORDER AND HIS OBLIGATION TO SUBMIT TO A DEPOSITION

7. SEE Doc#138, ORDER 4-9-13, PP.16-27, CONCERNING, DISCUSSION, CONCERNING FEDERAL RULE OF CIVIL PROCEDURE 37(B)(2)(B) PROVIDES THAT DISTRICT COURT MAY SANCTION A PARTY'S FAILURE TO COMPLY WITH A DISCOVERY ORDER IN A NUMBER WAYS, INCLUDING BY DISMISSING THE ACTION IN WHOLE OR IN PART

FILED
SCRANTON

APR 25 2013

PER _____
DEPUTY CLERK

IN LIGHT OF THE FOREGOING SET OF FACT PLAINTIFF OBJECTIONS, MOTION FOR REVIEW OF REPORT AND RECOMMENDATION OF MAGISTRATE JUDGES ADDRESSING CASE DISPOSITIVE MOTIONS, COURT ORDER 4-9-13

"RESPECTFULLY SUBMITTED"
s/ Henry Unseld Washington
AM-3086
HENRY UNSELD WASHINGTON
PRO SE

DATE: 4-15-13

L.R. 72.3; ORDER; 4-9-13; 4:08-CV-1283

HENRY WASHINGTON
AM 3086
175 PROGRESS DRIVE
WAYNESBURG, PA. 15370-9082

INMATE MAIL
PA DEPT
OF CORRECTIONS

$00.650



RECEIVED
SCRANTON
APR 25 2013
PER _____ DEPUTY CLERK

CLERK OF THE COURT
FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
235 N. WASHINGTON AVE
SCRANTON, PA. 18501-1148

18501114848