IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY UNSELD WASHINGTON, | : | |
| | : | 4:08-cv-1283 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| JAMES GRACE, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**April 30, 2013**

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. 138) of Chief Magistrate Judge Martin C. Carlson is **ADOPTED** in its entirety.

2. Defendants' Second Motion for Sanctions (Doc. 132) is **GRANTED** and this matter is **DISMISSED** with prejudice for the reasons set forth in the accompanying Memorandum.

3. Plaintiff's Motion for Order to Show Cause and for Protective Order (Docs. 131 and 135) are **DISMISSED** as moot.

4. The Clerk of Court shall **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge